IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| PARKER PRODUCTS, INC. and <br> HILDA PARKER, <br><br> Plaintiffs, <br><br> v. <br><br> KELLOGG BROWN & ROOT LLC and <br> KELLOGG BROWN & ROOT SERVICES, <br> INC., <br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 5:09-CV-563-D <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## ORDER

This matter is before the Court on the Defendants' Motion to Attend Settlement Conference Without Local Counsel (the "Motion") filed in this action on July 27, 2010. It appears to the Court that the Motion is supported by good cause and should be granted.

It is therefore Ordered that the Motion is GRANTED, and the Defendants may be allowed to appear without local counsel at the court hosted settlement conference scheduled for August 10, 2010.

SO ORDERED, this the __1__ day of __August__, 2010.

_____
The Honorable James C. Dever III
United States District Court Judge

1/2030201.1